

April 8, 2026

**Letter Requesting Extension of Deadline to File Motion**

**Via ECF filing**
Honorable Judge Dale E. Ho
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

**Re:   DiMaggio v. City of Yonkers, et. al, 1:26-cv-00696-DEH**
   Wilson Elser File No. 11016.00610

Dear Judge Ho:

Our office represents Defendants, The IMA Group, Inc. and Dr. David Schaich ("Defendants") and write to request an extension on the April 15, 2026, deadline to file a new motion as to plaintiff John DiMaggio's ("Mr. DiMaggio's") amended complaints.

On March 30, 2026, Mr. DiMaggio provided the SDNY Pro Se Office a First Amended Complaint. Dkt. 16. Thereafter, on March 31, 2026, Mr. DiMaggio provided the SDNY Pro Se Office a Second Amended Complaint. Dkt. 18. Defendants were notified of the filing of both amended complaints on April 1, 2026. Per the SDNY local rules, Defendants have 14 days to respond to the amended complaints, which would be April 15, 2026.

On April 6, 2026, Defendants received an email from Mr. DiMaggio with a memorandum of law in opposition of our Motion to Dismiss. **Exhibit A**. As of this letter, the memorandum has not been filed on PACER, and that under Your Honor's Individual Rules and Practices in Civil Pro Se Cases (5)(a), Defendants have two weeks of the receipt of the opposition papers to file reply papers, which would be April 20, 2026.

In consideration of the above, Defendants respectfully request an extension of the April 15, 2026, deadline to file a new motion as to Mr. DiMaggio's amended complaints to **May 1, 2026**.

As always, we thank the Court for its attention to and consideration of these matters.

150 East 42nd Street • New York, NY 10017 • p 212.490.3000 • f 212.490.3038

Albany • Austin • Baltimore • Beaumont • Boston • Chicago • Dallas • Denver • Edwardsville • Garden City • Hartford • Houston • Kentucky • Las Vegas • London
Los Angeles • Miami • Michigan • Milwaukee • New Jersey • New Orleans • New York • Orlando • Philadelphia • San Diego • San Francisco • Stamford • Virginia
Washington, DC • West Palm Beach • White Plains

wilsonelser.com

333266948v.2
333266948v.2
333266948v.2
333266948v.2

WILSON ELSER
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

- 2 -

Respectfully Submitted,


By: *Hilana T. Said, Esq.* _____
Hilana T. Said, Esq.
Attorneys for Defendants
The IMA Group, INC. and
Dr. David Schaich
150 East 42nd Street
New York, New York 10017
File No.:  11016.00610


**VIA ECF**

Anthony DiMaggio (*pro se*)
Plaintiff

Corporation Counsel for the City of Yonkers
Dusan Lakic, Esq. (DL2015)
First Deputy Corporation Counsel
40 South Broadway, Room 300
Yonkers, New York 10701
T: (914) 377-6230
E: dusan.lakic@yonkersny.gov


Application granted.  Defendants' deadline to move, answer, or otherwise respond to Plaintiff's amended complaint is extended to May 1, 2026.

SO ORDERED.

Date:   New York, New York
            April 16, 2026

**Gary Stein**
**United States Magistate Judge**
**Southern District of New York**

333266948v.2
333266948v.2
333266948v.2
333266948v.2