MIKE SPANO
MAYOR

MATTHEW I. GALLAGHER
CORPORATION COUNSEL



CITY HALL ROOM 300
40 SOUTH BROADWAY
YONKERS, NEW YORK 10701-3883
(914) 377-6240

CITY OF YONKERS
DEPARTMENT OF LAW

April 9, 2026

**VIA ECF**
Honorable Judge Dale E. Ho
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

> Re:    **DiMaggio v. City of Yonkers, *et al*.  (1:26 CV 00696-DEH)**
> **Request for Extension of Motion Deadline**

Your Honor:

This office represents Defendants, the City of Yonkers and John Mueller (collectively 'the City'), in the above-referenced matter. The undersigned is in receipt of a letter from legal counsel on behalf of Defendants The IMA Group, Inc. and Dr. David Schaich requesting an extension of their motion filing deadline. [*See* ECF Doc. #19]. The City writes to also request an extension of its April 15, 2026 deadline to file a motion to dismiss Plaintiff's Amended Complaint dated March 23, 2026 and entered in ECF on April 1, 2026.

The City Defendants confirm that they also received ECF notifications of Plaintiff's filed Amended Complaints (ECF Doc. No.'s 16, 18) on April 1, 2026 and that a response to such amended pleading is due within 14 days or by April 15, 2026. *See* FRCP 15(a)(3).

Accordingly, the City requests additional time to prepare its motion to dismiss and that its deadline to file such motion be extended to May 1, 2026. The City emailed Plaintiff yesterday and asked whether Plaintiff consents to the extension. Plaintiff has not responded. This is the City's first request for an extension of time.

Sincerely,

S/ *Dusan Lakic*
Dusan Lakic, Esq. (DL2015)
First Deputy Corporation Counsel

1

Office of the Corporation Counsel
City of Yonkers
40 South Broadway, Room 300
Yonkers, New York 10701
 E: dusan.lakic@yonkersny.gov
T: 914.377.6230

CC:   **VIA ECF**
      Hilana T. Said, Esq.
      Attorneys for Defendants The IMA Group, INC. and Dr. David Schaich

      **VIA ECF**
      Anthony DiMaggio (*pro se*)
      Plaintiff

Application granted.  Defendants' deadline to move, answer, or otherwise respond to Plaintiff's amended complaint is extended to May 1, 2026.  Additionally, as Plaintiff has filed his Amended Complaint (Dkt. No. 18), Defendants' respective first motions to dismiss as denied as moot.  The Clerk of Court is respectfully directed to close the open motions at Docket Numbers 6, 12, and 15.

SO ORDERED.

Date:   New York, New York
        April 16, 2026

**Gary Stein**
**United States Magistate Judge**
**Southern District of New York**

2